

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2021

No. 04-20-00108-CR

Genene **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5730
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file its brief is GRANTED. Appellee's brief was filed on March 12, 2021.

It is so **ORDERED** on March 16, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court

